03-15-00482-CR, 03-15-00483-CR & 03-15-00484-CR

December 4, 2015

Re:     State v. Tony Robleto, Cause No. D-1-DC-14-204512, D-1-DC-14-204513, D-1-DC-14-204516

Dear Mr. Kyle,

The transcript portion from all reporters are complete; however, I am having difficulty in the reproduction of the exhibits.  I would respectfully request for another extension to find a remedy in order to complete the exhibit volume which is a requirement as part of the complete reporter's record.

Thank you in advance for your consideration.

Sincerely,


Angela Chambers